

# Missouri Court of Appeals
## Southern District

**DECEMBER 3, 2015**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1.  SD34022    Bill Ohlhausen, Appellant
               vs.
               America's Car Mart, Inc., and
               Missouri Division of Employment Security, Respondents